SUSAN HEANEY HILDEN, ESQ., Bar # 5358
LITTLER MENDELSON, P.C.
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
Telephone:   775.348.4888
Fax No.:       775.786.0127

Attorneys for Defendant
INTERSTATE MANAGEMENT COMPANY, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SONYA JEFFERSON,<br><br>        Plaintiff,<br><br>vs.<br><br>INTERSTATE MTG. CO., LLC d/b/a RENAISSANCE LAS VEGAS,  a foreign Limited-Liability Company,<br><br>        Defendant. | Case No. 2:14-cv-00727-APG-NJK<br><br>**REQUEST FOR TELEPHONIC APPEARANCE BY DEFENDANT'S REPRESENTATIVE AT EARLY NEUTRAL EVALUATION SESSION WITH MAGISTRATE LEEN ON SEPTEMBER 26, 2014** |

Defendant Interstate Management Company, LLC ("Defendant"), by and through its counsel of record, Littler Mendelson, P.C., hereby submits this request to allow Defendant's representative, Monica Leon, to appear telephonically at the Early Neutral Evaluation ("ENE") session.

Pursuant to the Order Scheduling Early Neutral Evaluation Session (Dkt. #10), this case has been referred to the Honorable Peggy A. Leen, United States Magistrate Judge, to conduct an ("ENE") hearing in Las Vegas, Nevada on September 26, 2014, at 9:30 a.m. The scheduling order requires the presence of a company representative with binding authority to settle this matter up to the full amount of the Plaintiff's claim. The Renaissance Las Vegas was sold in April 2014.   Defendant is no longer the employer of individuals working at that property, and there is no local representative who can attend the ENE.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

Firmwide:128273165.1 079499.1009

Defendant's representative is Corporate Counsel Monica Leon, who resides in Virginia.  Ms. Leon is prepared to fully and actively participate in the ENE and will have binding authority to settle the matter. Ms. Leon, however, would like to attend the ENE telephonically, rather than in person.

Counsel for Plaintiff has agreed that Ms. Leon's telephone attendance is acceptable to Plaintiff.  In another case against Defendant, handled by the same counsel on both sides, Ms. Leon telephonically attended  a July 24, 2014 ENE, at which the parties were able to resolve the matter.  Thus, resolution was not hampered by virtue of Ms. Leon's telephonic attendance.

Accordingly, Defendant respectfully requests that an Order be issued granting permission for Defendant's company representative to attend the ENE session by telephone on September 26, 2014.

Dated:  August 4, 2014

/s/
SUSAN HEANEY HILDEN, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
INTERSTATE MANAGEMENT COMPANY, LLC

**IT IS ORDERED** that the request for telephonic appearance is **GRANTED**, and Ms. Leon may appear telephonically.  She must be available for the duration of the of the ENE Conference.

**DATED** this 7th day of August, 2014.

Peggy A. Leen
United States Magistrate Judge

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

Firmwide:128273165.1 079499.1009