UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SONYA JEFFERSON,<br><br>        Plaintiff(s),<br><br>vs.<br><br>INTERSTATE MTG. CO., LLC,<br><br>        Defendant(s). | Case No. 2:14-cv-00727-APG-NJK<br><br>ORDER |

      This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order, signed by Plaintiff's counsel Ruth Cohen. Docket No. 15. As an initial matter, the Court notes that the proposed discovery plan was not timely filed. *See* Docket No. 14. In addition, the proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 21 days before the discovery cut-off. *See* Docket No. 15 at 3. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days <u>before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 21 days before the discovery cut-off would be untimely.

//

//

//

In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby **ORDERS** attorney Ruth Cohen to file a certification with the Court no later than September 4, 2014, indicating that she has read and comprehends Local Rules 26-4 and 26-1.

IT IS SO ORDERED.

DATED: August 28, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge